JUDGE SCHEINDLIN

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

**United States District Court**
SOUTHERN DISTRICT OF NEW YORK

# 08 CV 03475

KENNETH FORMAN

(petitioner/plaintiff)

-v-

THE CITY OF NEW YORK, P.O. KATHY URENA #06682, individually and as a supervisory employee of the New York City Police Department, "JOHN DOE ONE through FIVE," police officers of the City of New York, the identities and numbers of whom are presently unknown to plaintiff, persons intended being the police officers and/or supervisors who participated in the arrest, detention and prosecution of plaintiff,

(respondent(s)/defendant(s))

I, KENNETH FORMAN, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty Iam unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

**Not employed**

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

**August 2007, 22 years, $400 per week**

3. Have you every received, within the past twelve months, any money from any of the following sources?

    a. Business, profession, or form of self-employment?    **NO**
    b. Rent payments, interest, or dividends?    **NO**

|   |   |
|---|---|
| c. Pensions, annuities, or life insurance payments? | **NO** |
| d. Gifts or inheritances? | **NO** |
| e. Any form of public assistance? | **NO** |
| f. Any other sources? | **NO** |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

4. Do you own any cash or do you have money in a checking or savings account?

      **NO**     (Including any funds in prison accounts)

If the answer is yes, state the total value owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

      **NO**

If the answer is yes, describe the property and state its approximate value.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

**Kaleshea Burgess, Shana Burgess, Daughters, $168.00 Bi-Weekly**

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

  **$75.00 per week**

8. State any special financial circumstances which the court should consider in this application.

**I was gainfully employed for 22 years until the incident complained of in the attached Complaint resulted in my employment with the New York City Board of Education being terminated.**

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of ___March___ 2008___
   (day)    (month)    (year)

_____Kenneth Inman_____
              (signature)

SONY Web 5/99         2

**SO ORDERED:**

_____Wood_____
   U.S.D.J.
   PART I