UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          X
--------------------------------------------------------- :
                                                          :
*Forman*                                                  :
                                                          :
                                                          :
*City of NY*                                              :
                                                          :
                                                          :
                                                          :
                                                          X
---------------------------------------------------------

**DOC...
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

*08* Civ. *3475* ( )( )

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  Purpose:_____ |
| ___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | |
| | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
          June 13, 2008

                                _____
                                United States District Judge