**Michael R. Scolnick, P.C.**
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339   Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

# FACSIMILE TRANSMISSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

**MEMO ENDORSED**

TO:        Honorable Judge Frank Maas
COMPANY:   United States District Court, Southern District of New York
FAX NO.:   (212)805-6724
DATE:      August 26, 2008
FROM:      Michael R. Scolnick

RE:        Forman v City of New York et ano
           Docket Number: 08cv03475(SAS)(FM)

Dear Judge Maas:

Counsel for plaintiff Kenneth Forman requests with the consent of Jessica T. Cohen, Esq., counsel for defendant City an adjournment of the Settlement Conference currently scheduled for September 25, 2008 at 2:00 p.m. before Your Honor.

Our office is finally scheduled for long awaited EBT's of a defendant who is currently in the military and will be home on leave.

This office has had no prior request for adjournments.

Offices of both counsel are available October 13th, 15th, 17th, 20th, 22nd, and 24th.

Thank you for your consideration in this matter.

Respectfully submitted,

*Michael R. Scolnick* / S /
Michael R. Scolnick

MRS/mw

cc: Jessica T. Cohen, Esq. via facsimile (212)788-9776

*Handwritten endorsement:* Adjourned to 10/15/08 at 2pm. Counsel are reminded they must comply with my settlement procedures in advance of the conference.

/s/ FMaas, USMJ, 9/2/08